149 A.3d 558

**SYDNOR**

v.

**HATHAWAY**

**Pet. Docket No. 346, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Reported below: 228 Md.App. 691, 142 A.3d 658.

Petition for writ of certiorari denied.

■

149 A.3d 558

**TALON'S VILLAGE**

v.

**SOMERSET CO. SANITARY DISTRICT**

**Pet. Docket No. 372, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Pending in the Court of Special Appeals (No. 1094, Sept. Term, 2016).

Petition for writ of certiorari denied.